**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02705-RPM-MJW

ALFRED TRUJILLO, and
HOLLEE TRUJILLO,

      Plaintiff(s),

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,
a Washington limited liability company,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his, her or its own attorney's fees and costs.

DATED: March 25th, 2008

      BY THE COURT:

      s/Richard P. Matsch
      _____
      U.S. DISTRICT JUDGE